1 McGREGOR W. SCOTT
United States Attorney
2 BRIAN A. FOGERTY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900


FILED
MAR 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (760) 694-7154 | CASE NO. 2:18-SW-606 AC<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal the pen register and trap and trace application, order, and this case is GRANTED.

DATED: 3-18-19

_____
Hon. Deborah Barnes
United States Magistrate Judge

1